Certificate Number: 00437-PAM-DE-029092635

Bankruptcy Case Number: 17-00374



00437-PAM-DE-029092635

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2017</u>, at <u>7:26</u> o'clock <u>AM MDT</u>, <u>Gina Vincent</u> completed a course on personal financial management given <u>by internet</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>April 16, 2017</u>            By:     <u>/s/Kimberly Jackson</u>

Name:   <u>Kimberly Jackson</u>

Title:   <u>Accredited Financial Counselor</u>