```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                Case No. 17-00374-RNO
Gina K. Vincent                                                       Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: admin              Page 1 of 1              Date Rcvd: May 08, 2017
                              Form ID: 318             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
```
db              +Gina K. Vincent,    41 Brian Drive,    Carlisle, PA 17015-4326
4881296         +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis MO 63179-0040
4881297         +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis MO 63179-0040
4881299         +Holy Spirit Hospital,    503 N 21st Street,    Camp Hill PA 17011-2288
4881301         +KML Law Group,   Ste 5000 BNY Mellon Independence Ce,    701 Market Street,
                  Philadelphia PA 19106-1538
4881300         +Kerry L. Vincent,    337 Bonnybrook Road,    Carlisle PA 17015-9290
4891272         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4881303         +Santander Bank N.a.,    865 Brook St,    Rocky Hill CT 06067-3444
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4881294         +EDI: CAPITALONE.COM May 08 2017 19:18:00      Capital One,    Po Box 30285,
                  Salt Lake City UT 84130-0285
4881295         +EDI: CITICORP.COM May 08 2017 19:18:00      Citi Cards,    PO Box 6500,
                  Sioux Falls SD 57117-6500
4881298          EDI: WFNNB.COM May 08 2017 19:18:00      Comenity Capital Bank/Boscovs,    Bankruptcy Department,
                  PO Box 183043,    Columbus OH 43218-3043
4881302         +EDI: CBSKOHLS.COM May 08 2017 19:18:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                  Milwaukee WI 53201-3043
4881304         +EDI: VAND.COM May 08 2017 19:18:00      Vanderbilt Mortgage,    Attn: Bankruptcy Dept,
                  P.O. Box 9800,    Maryville TN 37802-9800
4881305         +E-mail/Text: vci.bkcy@vwcredit.com May 08 2017 19:26:57      Volkswagen Credit, Inc,    Po Box 3,
                  Hillsboro OR 97123-0003
4881306         +EDI: WFFC.COM May 08 2017 19:18:00      Wells Fargo Home Projects Visa,
                  Written Correspondence Resolutions,    Mac#X2302-04c Po Box 10335,    Des Moines IA 50306-0335
                                                                                               TOTAL: 7

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4881293          1-17-00374-rno
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    VANDERBILT MORTGAGE AND FINANCE INC.
               bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Lisa A Rynard    on behalf of Debtor Gina K. Vincent lrynard@pkh.com, rwhitfield@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gina K. Vincent** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6816 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **1:17–bk–00374–RNO** | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Gina K. Vincent

                                                           **By the court:**   *(signature)*

May 8, 2017

                                                           Honorable Robert N. Opel
                                                           United States Bankruptcy Judge

                                                           By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

Case 1:17-bk-00374-RNO   Doc 23   Filed 05/10/17   Entered 05/11/17 00:53:25   Desc
                   Imaged Certificate of Notice   Page 2 of 3

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**